**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF KANSAS

Case number *(if known)* _____ Chapter __11__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**
**For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | A-OK Enterprises, LLC |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names |

| | |
|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) |

26-3660160

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1223 North Rock Road, Bldg G. Suite 300 Wichita, KS 67206** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Sedgwick** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 1

Debtor     **A-OK Enterprises, LLC**                                    Case number (if known) _____
           Name

**7.  Describe debtor's business**     A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. Check all that apply

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**     Check one:

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check all that apply:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**     ■ No.

☐ Yes.

If more than 2 cases, attach a separate list.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**     ■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

| Debtor | A-OK Enterprises, LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**11. Why is the case filed in this district?**

Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Official Form 201 · Voluntary Petition for Non-Individuals Filing for Bankruptcy · page 3

| Debtor | A-OK Enterprises, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June  9, 2017**
                MM / DD / YYYY

**X /s/ Bruce R. Harris**                                            **Bruce R. Harris**
Signature of authorized representative of debtor               Printed name

Title    **President**

**18. Signature of attorney**

**X /s/ Edward J. Nazar**                          Date  **June  9, 2017**
Signature of attorney for debtor                         MM / DD / YYYY

**Edward J. Nazar**
Printed name

**Hinkle Law Firm LLC**
Firm name

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
Number, Street, City, State & ZIP Code

Contact phone    **316-267-2000**        Email address

**09845**
Bar number and State

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 4

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **A-OK Enterprises, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF KANSAS** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HL Reinsurance PO BOX 12687 Wichita, KS 67277-2687 | | | **Contingent Disputed** | | | **$1,200,000.00** |
| Cheryl Gilliam 500 N. Longford Lane Wichita, KS 67206 | | | **Contingent Disputed** | | | **$800,000.00** |
| Jeff Heiman 301 N. Rainbow Lake Rd. Wichita, KS 67235 | | | **Contingent Disputed** | | | **$750,000.00** |
| John D. Porter Trust 100 N. Ohio St. Mount Hope, KS 67108 | | | **Contingent Disputed** | | | **$300,000.00** |
| Sunflower Travel 1223 North Rock Road Building G, Suite 300 Wichita, KS 67206 | | | **Contingent Disputed** | | | **$275,000.00** |
| Jay Schrock 401 S. Adams Hutchinson, KS 67501 | | | **Contingent Disputed** | | | **$200,000.00** |
| Mila Nietfeld 1340 S. Greenwich Rd. Wichita, KS 67207 | | | **Contingent Disputed** | | | **$160,000.00** |
| Cary Nietfeld 1340 S. Greenwich Wichita, KS 67207 | | | **Contingent Disputed** | | | **$100,000.00** |
| John Gilliam 500 N. Longford Lane Wichita, KS 67206 | | | **Contingent Disputed** | | | **$50,000.00** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | A-OK Enterprises, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Furniture of America Texas Lyon Capital Corp 7924 West Sahara Ave Las Vegas, NV 89117** | | | **Contingent Disputed** | | | **$32,803.84** |
| **Furniture of America Californi 19605 E. Walnut Dr. Walnut, CA 91789** | | | **Contingent Disputed** | | | **$26,504.74** |
| **Lucke & Associates 1660 N. Tyler Wichita, KS 67212** | | | **Contingent Disputed** | | | **$12,332.00** |
| **Furniture of America New Jerse 530 Secaucus Rd. Secaucus, NJ 07094** | | | **Contingent Disputed** | | | **$5,061.96** |
| **Furniture of America - Georgia DSA Finance Corp PO BOX 577520 Chicago, IL 60657** | | | **Contingent Disputed** | | | **$4,307.20** |
| **Armstrong Chamberlin 7450 S. Seneca Haysville, KS 67060** | | | **Contingent Disputed** | | | **$3,000.00** |
| **Eyeson 8546 NW93rd Street Miami, FL 33166** | | | **Contingent Disputed** | | | **$1,246.00** |
| **Benchmark Real Estate Group 7701 E. Kellogg Dr. #630 Wichita, KS 67207** | | | **Contingent Disputed** | | | **$395.60** |
| **General Dynamics PO Box 934753 Atlanta, GA 31193** | | | **Contingent Disputed** | | | **$274.61** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **A-OK Enterprises, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.    **Cash on hand/In-Store/Stock in Trade** | $136,874.32 |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Legacy Bank Account - Federal Payroll Tax Account** | Checking | 2032 | $22.52 |
| 3.2. | **Legacy Bank Account** | Checking | 0951 | $142,655.11 |
| 3.3. | **Simmons Bank estimated 6/7/17** | Checking Accoung | 8095 | $7,682.81 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

     | $287,234.76 |

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ☐ Yes Fill in the information below.

**Part 3:**    **Accounts receivable**

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **A-OK Enterprises, LLC**                          Case number *(If known)* _____
_____
Name

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable including pawn payments, pay day loans, rent to own payments, and title loans**

     11a. 90 days old or less:     **2,169,900.00**   -        **0.00** = ....     **$2,169,900.00**
                   face amount             doubtful or uncollectible accounts

12.    **Total of Part 3.**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.       **$2,169,900.00**

| Part 4: | **Investments** |
|---|---|

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
☑ Yes Fill in the information below.

|  | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|

14.    **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15.    **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:              % of ownership

    15.1.  **A-OK 1, LLC - Subsidiary**     **100**  %         **$0.00**

    15.2.  **A-OK 2, LLC - Subsidiary**     **100**  %         **$0.00**

    15.3.  **A-OK 3, LLC - Subsidiary**     **100**  %         **$0.00**

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

17.    **Total of Part 4.**

    Add lines 14 through 16. Copy the total to line 83.       **$0.00**

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| **General description** | **Date of the last physical inventory** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Debtor | A-OK Enterprises, LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | Name | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Better Living Merchandise (Rent to Own) - estimated 3/31/2017** | | | $0.00 | | $45,000.00 |
| **Retail Merchandise** | | | $0.00 | | $1,600,000.00 |
| **Retail Lay-away** | | | $0.00 | | $120,000.00 |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**

       Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| $1,765,000.00 |

24.     **Is any of the property listed in Part 5 perishable?**
     ☑ No
     ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ☑ No
     ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ☑ No. Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

     ☐ No. Go to Part 8.
     ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Furniture & Fixtures & Leasehold Improvements** | $4,060,346.00 | | $2,000,000.00 |
| 40. **Office fixtures** **See above** | $0.00 | | $0.00 |

41.     **Office equipment, including all computer equipment and communication systems equipment and software**

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com              Best Case Bankruptcy

Debtor     **A-OK Enterprises, LLC**                          Case number *(If known)* _____
           Name

43.   **Total of Part 7.**                                                          | $2,000,000.00 |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☑ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 8:     Machinery, equipment, and vehicles**

46.  **Does the debtor own or lease any machinery, equipment, or vehicles?**

     ☐ No.  Go to Part 9.
     ☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2011 Toyota Sequoia Truck** | $10,000.00 | | $10,000.00 |
| 47.2.  **2013 Box Truck** | $20,000.00 | | $20,000.00 |
| 47.3.  **1985 Red Pickup** | $0.00 | | $500.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm
      machinery and equipment)**

51.   **Total of Part 8.**                                                          | $30,500.00 |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☑ No
      ☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

**Part 9:     Real property**

54.  **Does the debtor own or lease any real property?**

     ☐ No.  Go to Part 10.
     ☑ Yes Fill in the information below.

**Part 10:     Intangibles and intellectual property**

59.  **Does the debtor have any interests in intangibles or intellectual property?**

     ☐ No.  Go to Part 11.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 4

Debtor   **A-OK Enterprises, LLC**                    Case number *(If known)* _____
         Name

☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** | | | |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Customer List -** | **$0.00** | | **$0.00** |

65.   **Goodwill**

66.   **Total of Part 10.**

      Add lines 60 through 65. Copy the total to line 89.                                   **$0.00**

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ☐ No
      ☑ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☑ No
      ☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ☑ No
      ☐ Yes

---

**Part 11:**   **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ☑ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71.   **Notes receivable** Description (include name of obligor) **See Receivables - Pawn** **non-recourse loans** | |

      **See Receivables - Pawn**
      **non-recourse loans**     **0.00** - **0.00** = **$0.00**
                          Total face amount    doubtful or uncollectible amount

72.   **Tax refunds and unused net operating losses (NOLs)**
      Description (for example, federal, state, local)

73.   **Interests in insurance policies or annuities**

      **CSV Life Insurance policies**                                              **$260,052.89**

74.   **Causes of action against third parties (whether or not a lawsuit**
      **has been filed)**

---

Debtor **A-OK Enterprises, LLC**
     Name

Case number *(If known)* _____

| **Claim for alleged embezzlement** | |
|---|---|
| **Claim against Insurance Company for Fidelity Coverage** | **$0.00** |
| **Nature of claim** | |
| **Amount requested** | **$0.00** |

| | | |
|---|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** | $260,052.89 |
| | Add lines 71 through 77. Copy the total to line 90. | |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **A-OK Enterprises, LLC**
　　　　　　Name

Case number *(If known)* _____

---

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $287,234.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $2,169,900.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,765,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $30,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $260,052.89 | |
| 91. **Total.** Add lines 80 through 90 for each column | $6,512,687.65 | + 91b.　　$0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $6,512,687.65 |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **A-OK Enterprises, LLC** |
| United States Bankruptcy Court for the: | DISTRICT OF KANSAS |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:**    List Creditors Who Have Secured Claims

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **Simmons Bank** | Describe debtor's property that is subject to a lien | **$4,013,444.44** | **$4,013,444.44** |
|---|---|---|---|---|

Creditor's Name

**12121 E 21st. North
Wichita, KS 67206**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
7163**

**Do multiple creditors have an
interest in the same property?**

☑ No

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

**All Accounts Receivables, deposit accounts,
inventory, equipment, fixtures, software, all
goods**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | **$4,013,444.44** |
|---|---|---|

**Part 2:**    List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **James R. Angell<br>Kennedy Berkley Yarnevich<br>& Williamson, Chartered<br>119 West Iron, 7th Floor<br>Salina, KS 67402-2567** | Line  **2.1** | |

**Fill in this information to identify the case:**

Debtor name    **A-OK Enterprises, LLC**

United States Bankruptcy Court for the:    **DISTRICT OF KANSAS**

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

   1.   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

     ■ No. Go to Part 2.

     ☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

   3.   **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,100,000.00** |
|---|---|---|---|
| | **A-OK, Inc.**<br>**1223 North Rock Road**<br>**Bldg 6. Suite 300**<br>**Wichita, KS 67206** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:**   Embezzlement<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00** |
|---|---|---|---|
| | **Armstrong Chamberlin**<br>**7450 S. Seneca**<br>**Haysville, KS 67060** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$395.60** |
|---|---|---|---|
| | **Benchmark Real Estate Group**<br>**7701 E. Kellogg Dr. #630**<br>**Wichita, KS 67207** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|
| | **Cary Nietfeld**<br>**1340 S. Greenwich**<br>**Wichita, KS 67207** | ■ Contingent<br>☐ Unliquidated<br>■ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | A-OK Enterprises, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $800,000.00 |
|---|---|---|---|

**Cheryl Gilliam**
**500 N. Longford Lane**
**Wichita, KS 67206**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,246.00 |
|---|---|---|---|

**Eyeson**
**8546 NW93rd Street**
**Miami, FL 33166**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,307.20 |
|---|---|---|---|

**Furniture of America - Georgia**
**DSA Finance Corp**
**PO BOX 577520**
**Chicago, IL 60657**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,504.74 |
|---|---|---|---|

**Furniture of America Californi**
**19605 E. Walnut Dr.**
**Walnut, CA 91789**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,061.96 |
|---|---|---|---|

**Furniture of America New Jerse**
**530 Secaucus Rd.**
**Secaucus, NJ 07094**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,803.84 |
|---|---|---|---|

**Furniture of America Texas**
**Lyon Capital Corp**
**7924 West Sahara Ave**
**Las Vegas, NV 89117**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $274.61 |
|---|---|---|---|

**General Dynamics**
**PO Box 934753**
**Atlanta, GA 31193**

- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **A-OK Enterprises, LLC**  Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Harris1, L.L.C.**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Leased Locations:**<br><ins>1555 S. Oliver Street</ins><br><ins>1547 S. Oliver Street</ins><br><ins>1543 S. Oliver Street</ins><br><ins>1539 S. Oliver Street</ins><br><ins>1535 S. Oliver Street</ins><br><ins>1519 S. Oliver Street</ins><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Harris3, L.L.C.**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Leased Location:**<br><ins>410 N. West Street</ins><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**Harris4, LLC**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   $0.00<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Leased Location:**<br><ins>1525 S. Broadway</ins><br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**HL Reinsurance**<br>**PO BOX 12687**<br>**Wichita, KS 67277-2687**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   $1,200,000.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**Jay Schrock**<br>**401 S. Adams**<br>**Hutchinson, KS 67501**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   $200,000.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |
| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Jeff Heiman**<br>**301 N. Rainbow Lake Rd.**<br>**Wichita, KS 67235**<br><br>**Date(s) debt was incurred** _<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*   $750,000.00<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset?  ■ No  ☐ Yes |

| Debtor | **A-OK Enterprises, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.18** Nonpriority creditor's name and mailing address

**John D. Porter Trust**
**100 N. Ohio St.**
**Mount Hope, KS 67108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$300,000.00**

---

**3.19** Nonpriority creditor's name and mailing address

**John Gilliam**
**500 N. Longford Lane**
**Wichita, KS 67206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$50,000.00**

---

**3.20** Nonpriority creditor's name and mailing address

**Lucke & Associates**
**1660 N. Tyler**
**Wichita, KS 67212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$12,332.00**

---

**3.21** Nonpriority creditor's name and mailing address

**Mila Nietfeld**
**1340 S. Greenwich Rd.**
**Wichita, KS 67207**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$160,000.00**

---

**3.22** Nonpriority creditor's name and mailing address

**New Leaf Plaza, LLC**
**1600 N. Tyler**
**Wichita, KS 67212**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Leased Location:**
**2021 N. Amidon, Suite 1600**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.23** Nonpriority creditor's name and mailing address

**Sunflower Travel**
**1223 North Rock Road**
**Building G, Suite 300**
**Wichita, KS 67206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$275,000.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Sunflower Travel**
**1223 North Rock Road**
**Building G, Suite 300**
**Wichita, KS 67206**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Leased Location:**
**1223 North Rock Road**
**Building G, Suite 300**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | A-OK Enterprises, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TCF Inventory Finance, Inc.**
**112 SW 7th Street, Suite 3C**
**Topeka, KS 66603**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:** **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ 7,020,925.95 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 7,020,925.95 |

**Fill in this information to identify the case:**

Debtor name    **A-OK Enterprises, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                          12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **1555 S. Oliver Street**<br>**1547 S. Oliver Street**<br>**1543 S. Oliver Street**<br>**1539 S. Oliver Street**<br>**1535 S. Oliver Street**<br>**1519 S. Oliver Street** | |
| | State the term remaining | | **Harris1, L.L.C.**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **410 N. West Street,**<br>**Wichita, Kansas** | |
| | State the term remaining | | **Harris3, L.L.C.**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **1525 S. Broadway**<br>**Wichita, Kansas 67211** | |
| | State the term remaining | | **Harris4, LLC**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Marina Lake Shopping Center**<br>**2021 N. Amidon, Suite 1600, Sedgwick County, Wichita. Kansas** | |
| | State the term remaining | | **New Leaf Plaza, LLC**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** |
| | List the contract number of any government contract | | |

Official Form 206G                    **Schedule G: Executory Contracts and Unexpired Leases**                    Page 1 of 2

Debtor 1     **A-OK Enterprises, LLC**
_____     Case number _(if known)_ _____
First Name          Middle Name          Last Name



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **1223 North Rock Road Building G, Suite 300 Wichita, Kansas 67206** | |
|---|---|---|---|
| | State the term remaining | | **Sunflower Travel 1223 North Rock Road Building G, Suite 200 Wichita, KS 67206** |
| | List the contract number of any government contract | | |

| Fill in this information to identify the case: |
| --- |

Debtor name **A-OK Enterprises, LLC**

United States Bankruptcy Court for the: **DISTRICT OF KANSAS**

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
| --- | --- | --- | --- | --- |
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **A-OK 1, LLC** | **1223 North. Rock Road Building G, Suite 300 Wichita, KS 67206** | **Simmons Bank** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.2 | **A-OK 2, LLC** | **1223 North Rock Road Building G, Suite 300 Wichita, KS 67206** | **Simmons Bank** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.3 | **A-OK 3, Inc.** | **1223 North Rock Road Building G, Suite 300 Wichita, KS 67206** | **Simmons Bank** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.4 | **A-OK, Inc.** | **1223 North Rock Road Building G, Suite 300 Wichita, KS 67206** | **Simmons Bank** | ☑ D __2.1__ ☐ E/F _____ ☐ G _____ |

Debtor    **A-OK Enterprises, LLC**                          Case number *(if known)* _____

| | |
|---|---|
| ■ | **Additional Page to List More Codebtors** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.5 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **Simmons Bank** | ■ D ___**2.1**___  ☐ E/F _____  ☐ G _____ |
| 2.6 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **Cary Nietfeld** | ☐ D _____  ■ E/F ___**3.4**___  ☐ G _____ |
| 2.7 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **Cheryl Gilliam** | ☐ D _____  ■ E/F ___**3.5**___  ☐ G _____ |
| 2.8 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **HL Reinsurance** | ☐ D _____  ■ E/F ___**3.15**___  ☐ G _____ |
| 2.9 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **Jay Schrock** | ☐ D _____  ■ E/F ___**3.16**___  ☐ G _____ |
| 2.10 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **Jeff Heiman** | ☐ D _____  ■ E/F ___**3.17**___  ☐ G _____ |
| 2.11 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **John D. Porter Trust** | ☐ D _____  ■ E/F ___**3.18**___  ☐ G _____ |
| 2.12 | **Bruce Harris**  **1522 N. Rocky Creek Rd.**  **Wichita, KS 67230** | **John Gilliam** | ☐ D _____  ■ E/F ___**3.19**___  ☐ G _____ |

Debtor    **A-OK Enterprises, LLC**                                    Case number *(if known)*

| | | Additional Page to List More Codebtors |
| --- | --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                              Column 2: **Creditor**

| | | |
| --- | --- | --- |
| 2.13 | **Bruce Harris** | **1522 N. Rocky Creek Rd.**<br>**Wichita, KS 67230** |

**Mila Nietfeld**
☐ D _____
■ E/F __3.21__
☐ G _____

| | | |
| --- | --- | --- |
| 2.14 | **Bruce Harris** | **1522 N. Rocky Creek Rd.**<br>**Wichita, KS 67230** |

**Sunflower Travel**
☐ D _____
■ E/F __3.23__
☐ G _____

| | | |
| --- | --- | --- |
| 2.15 | **Hevin, LLC** | **1223 North Rock Rd .**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** |

**Simmons Bank**
■ D __2.1__
☐ E/F _____
☐ G _____

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>A-OK Enterprises, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>DISTRICT OF KANSAS</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    **12/15**

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $         **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **6,512,687.65**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................. $     **6,512,687.65**

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................... $     **4,013,444.44**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $         **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **7,020,925.95**

4.  **Total liabilities** ....................................................................................................
    Lines 2 + 3a + 3b         $     **11,034,370.39**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **A-OK Enterprises, LLC**

United States Bankruptcy Court for the:    DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule*
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 9, 2017**      X **/s/ Bruce R. Harris**
                                        Signature of individual signing on behalf of debtor

                                        **Bruce R. Harris**
                                        Printed name

                                         **President**
                                         Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **A-OK Enterprises, LLC**

United States Bankruptcy Court for the:  DISTRICT OF KANSAS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:     Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2017** to **Filing Date** | ☑ Operating a business<br>☐ Other _____ | **$1,804,712.00** |
   | **For prior year:**<br>From  **1/01/2016** to **12/31/2016** | ☑ Operating a business<br>☐ Other _____ | **$5,462,495.70** |
   | **For year before that:**<br>From  **1/01/2015** to **12/31/2015** | ☑ Operating a business<br>☐ Other _____ | **$6,682,303.34** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

**Part 2:     List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Case 17-11096     Doc# 1     Filed 06/09/17     Page 27 of 51

Debtor  **A-OK Enterprises, LLC**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.  **Aetna** | **3/9/2017 -**<br>**5/15/2017** | **$56,991.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Employee Health Insurance** |
| 3.2.  **American Express**<br>**PO Box 30384**<br>**Salt Lake City, UT 84130** | **3/9/2017 -**<br>**5/19/2017** | **$92,195.19** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3.  **American Funds** | **3/10/2017** | **$48,593.22** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **401K** |
| 3.4.  **Armstrong Chamberlin**<br>**7450 S. Seneca**<br>**Haysville, KS 67060** | **3/9/2017 -**<br>**5/4/2017** | **$36,900.11** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5.  **Bravo Store Systems**<br>**1865 Village Center Cir.**<br>**Las Vegas, NV 89134** | **4/4/2017 -**<br>**5/9/2017** | **$10,015.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6.  **Cheryl Gilliam**<br>**500 N. Longford Lane**<br>**Wichita, KS 67206** | **3/1/2017 -**<br>**5/3/2017** | **$14,999.98** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Interest** |
| 3.7.  **Cox Communication**<br>**6205-B Peachtree Dunwoody Road NE**<br>**Atlanta, GA 30328** | **3/24/2017 -**<br>**6/1/17** | **$18,304.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |
| 3.8.  **Cybertron International Inc**<br>**4747 S. Emporia St.**<br>**Wichita, KS 67216** | **3/9/2017 -**<br>**6/12/17** | **$32,903.24** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.9.  **David Buccholz**<br>**229 East William Street**<br>**Suite 212**<br>**Wichita, KS 67202** | **4/13/2017 -**<br>**5/9/2017** | **$32,212.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other__ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Case 17-11096    Doc# 1    Filed 06/09/17    Page 28 of 51

Debtor  A-OK Enterprises, LLC  _____  Case number *(if known)*  _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.10. **Depew Gillen Rathburn & McInteer, LC**<br>**8301 East 21st Street North, Suite 450**<br>**Wichita, KS 67206-2936** | 4/27/2017 -<br>5/18/2017 | $19,344.20 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.11. **Furniture of America**<br>**DSA Finance Corporation**<br>**PO Box 577520**<br>**Chicago, IL 60657** | 3/30/2017 -<br>5/4/2017 | $16,198.53 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **Geoffrey B. Amend, P.A.**<br>**7607 Magill**<br>**Wichita, KS 67206** | 3/31/2017 -<br>5/15/2017 | $8,330.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.13. **Harris 1, LLC**<br>**1223 N. Rock Road Bldg G**<br>**Suite 300**<br>**Wichita, KS 67206** | 3/8/2017 -<br>4/1/2017 | $63,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.14. **Harris 3, LLC**<br>**1223 N. Rock Rd. Bldg G**<br>**Suite 300**<br>**Wichita, KS 67206** | 3/3/2017 | $22,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.15. **Harris 4, LLC**<br>**1223 N. Rock Rd Bldg G**<br>**Suite 300**<br>**Wichita, KS 67206** | 3/1/2017 | $7,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |
| 3.16. **Hinkle Law Firm LLC**<br>**1617 N. Waterfront Parkway, Suite 400**<br>**Wichita, KS 67206** | 5/24/2017 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Paid into trust**<br>**for Retainer** |
| 3.17. **HL Reinsurance**<br>**PO BOX 12687**<br>**Wichita, KS 67277-2687** | 3/15/2017 -<br>5/15/2017 | $26,666.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Interest** |
| 3.18. **Holmes Garci Advertising**<br>**Attn: Amy Holmes**<br>**1113 W. Douglas**<br>**Wichita, KS 67213** | 5/12/2017 | $6,855.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    A-OK Enterprises, LLC                                    Case number *(if known)*

| 3.19. | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.19. | Jack McInteer<br>Depew Gillen Rathburn & McInteer, LC<br>8301 East 21st Street North, Suite 450<br>Wichita, KS 67206-2936 | 5/23/2017 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Paid into trust account** |
| 3.20. | Jeff Heiman<br>301 N. Rainbow Lake Rd.<br>Wichita, KS 67235 | 3/17/2017 -<br>5/18/2017 | $18,750.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Interest** |
| 3.21. | John D. Porter Trust<br>100 N. Ohio St.<br>Mount Hope, KS 67108 | 3/15/2017 -<br>5/15/2017 | $7,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Interest** |
| 3.22. | Kansa Depart of Revenue<br>915 SW Harrison St.<br>Topeka, KS 66612-1588 | 4/6/2017 -<br>4/20/2017 | $28,566.36 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Taxes** |
| 3.23. | Larson & Company<br>Derry Larson<br>200 W. Douglas Ave<br>Suite 1000<br>Wichita, KS 67202 | 5/23/2017 | $50,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☑ Other **Paid into trust for CPA** |
| 3.24. | Lucke & Associates<br>1660 N. Tyler<br>Wichita, KS 67212 | 3/2/2017 -<br>5/12/2017 | $10,813.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |
| 3.25. | M&M Merchanisers, Inc.<br>1923 Bomar Avenue<br>Fort Worth, TX 76103 | 3/9/2017 -<br>3/24/2017 | $6,802.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | New Leaf Plaza<br>1223 N. Rock Rd Bldg G<br>Suite 300<br>Wichita, KS 67206 | 3/1/2017 -<br>3/13/2017 | $43,306.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Rent** |

Debtor    A-OK Enterprises, LLC                                    Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.27. | **Sams Club Direct**<br>**702 Southwest 8th Street**<br>**Bentonville, AR 72716** | **3/6/2017 -**<br>**3/13/2017** | **$9,033.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **Sedgwick County Treasurer**<br>**PO BOX 2961**<br>**Wichita, KS 67201-2961** | **4/13/2017 -**<br>**5/4/2017** | **$56,959.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Taxes** |
| 3.29. | **Stuller**<br>**302 Rue Louis XIV**<br>**Lafayette, LA 70508** | **3/2/2017 -**<br>**5/18/2017** | **$6,775.31** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **Sunflower Travel**<br>**1223 N. Rock Rd Bldg G.**<br>**Suite 300**<br>**Wichita, KS 67206** | **3/02/2017 -**<br>**5/8/2017** | **$14,045.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other  **Rent & Interest** |
| 3.31. | **Visivo**<br>**902 Sante Fe Street**<br>**Newton, KS 67114** | **3/24/2017 -**<br>**5/18/2017** | **$9,066.74** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.32. | **Westar Energy**<br>**PO BOX 758500**<br>**Topeka, KS 66675-8500** | **3/2/2017 -**<br>**6/1/17** | **$23,748.83** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Bruce Harris**<br><br>Owner | **9/23/2016 -**<br>**2/23/2017** | **$8,818.37** | **Accounts Payable & Accured Wages** |
| 4.2. | **Harris1, L.L.C.**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** | **Monthly** | **$0.00** | **Rental payments** |

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.3.  **Harris3, L.L.C.**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** | **Monthly** | **$0.00** | **Rental payments** |
| 4.4.  **Harris4, LLC**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** | **Monthly** | **$0.00** | **Rental payments** |
| 4.5.  **New Leaf Plaza, LLC**<br>**1223 North Rock Road**<br>**Building G, Suite 300**<br>**Wichita, KS 67206** | **Monthly** | **$0.00** | **Rental payments** |
| 4.6.  **Mac Aviation Inc.** | **2016** | **$10,790.36** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| **Simmons Bank**<br>**12121 E 21st. North**<br>**Wichita, KS 67206** | **All Accounts Receivables, deposit accounts, inventory, equipment, fixtures, software, all goods** | | **$4,013,444.44** |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<span style="background:black;color:white">**Part 3:**</span>   **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Simmons Bank**<br>**vs**<br>**A-Ok, Inc.**<br>**A-Ok Enterprises, LLC**<br>**A-Ok 1, LLC**<br>**A-OK 2, LLC**<br>**A-OK 3, LLC**<br>**Hevin, LLC**<br>**Bruce Harris**<br>**TCF Inventory Finance, Inc.** | **Petition for Breach of Note and Guaranty, Declaratory Judgment and Foreclosure** | **District Court of Sedgwick County, KS** | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

Debtor     A-OK Enterprises, LLC                                    Case number *(if known)*

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:  Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **Various** | Children related charities | **2015 - 2016** | **$22,861.87** |
| **Recipients relationship to debtor**<br>None | | | |

## Part 5:  Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Claims for embezzlement & vehicle damage** | | **Discovered 3/2017** | **Greater than $1,000,000.00** |

## Part 6:  Certain Payments or Transfers

11. **Payments related to bankruptcy**
   List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.<br><br>**Hinkle Law Firm LLC**<br>**1617 N. Waterfront Parkway,**<br>**Suite 400**<br>**Wichita, KS 67206** | **Retainer paid for:**<br>**A-OK, Inc.**<br>**A-OK Enterprises, LLC**<br>**A-OK 1, LLC**<br>**A-OK 2, LLC**<br>**A-OK 3, LLC** | **5/31/2017** | **$50,000.00** |
| **Email or website address** | | | |
| **Who made the payment, if not debtor?**<br>**A-OK Enterprises, LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case

Debtor    A-OK Enterprises, LLC _____    Case number *(if known)* _____

to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **Central & Ridge** | **Closed July 2016** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

     **Social Security #'s of borrowers, credit reports, and personal financial information** _____

     Does the debtor have a privacy policy about that information?
     ☐ No
     ☑ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

     ☐ No Go to Part 10.
     ☑ Yes. Fill in below:
     Name of plan                                      Employer identification number of the plan
     **Quality Plan Solutions**                EIN:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com         

Debtor    **A-OK Enterprises, LLC**        Case number *(if known)*

Has the plan been terminated?
- ☑ No
- ☐ Yes

---

**Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| | | **Pawned Merchandise of 20,000 customers** | **$7,500,000.00** |

---

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

---

Case 17-11096   Doc# 1   Filed 06/09/17   Page 35 of 51

Debtor    **A-OK Enterprises, LLC**                      Case number *(if known)*

---

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

     ☑ No.
     ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and<br>address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

     ☑ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

     ☑ No.
     ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and<br>address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**    **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
     List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
     Include this information even if already listed in the Schedules.

     ☐ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| 25.1.   **A-OK 1, LLC<br>1223 N. Rock Road Bldg G.<br>Ste 300<br>Wichita, KS 67206** | **Subsidiary** | EIN:     **26-3660391**<br><br>From-To   **11/05/2008 to current** |
| 25.2.   **A-OK 2, LLC<br>1223 N Rock Road Bldg G.<br>Ste 300<br>Wichita, KS 67206** | **Subsidiary** | EIN:     **26-3660571**<br><br>From-To   **11/04/2008 to current** |
| 25.3.   **A-OK 3, LLC<br>1223 N Rock Road Bldg G.<br>Suite 300<br>Wichita, KS 67206** | **Subsidiary** | EIN:     **26-3660160**<br><br>From-To   **02/14/2012 to current** |

26. **Books, records, and financial statements**
     26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
     ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.   **Jeff Lucke<br>Lucke & Associates, CPA's, LC<br>PO Box 12687<br>Wichita, KS 67277-2687** | **2010 to Present** |

---

Debtor    A-OK Enterprises, LLC                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.2.  **Larson & Company**<br>**Derry Larson**<br>**200 W. Douglas Ave**<br>**Suite 1000**<br>**Wichita, KS 67202** | **April 2017 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Jeff Lucke**<br>**Lucke & Associates, CPA's, LC**<br>**PO Box 12687**<br>**Wichita, KS 67277-2687** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Jeff Lucke**<br>**Lucke & Associates, CPA's, LC**<br>**PO Box 12687**<br>**Wichita, KS 67277-2687** | |
| 26c.2.  **Larson & Company**<br>**Derry Larson**<br>**200 W. Douglas Ave**<br>**Suite 1000**<br>**Wichita, KS 67202** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Simmons Bank**<br>**12121 E 21st. North**<br>**Wichita, KS 67206** |
| 26d.2.  **Other lenders soliciting takeout financing of Simmons loan** |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

Debtor  A-OK Enterprises, LLC                                    Case number *(if known)*

|  | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Jeff Leuke | | Supply<br>Inventory<br>Historically |

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | Lucke & Associates<br>Jeff Lucke<br>1660 N. Tyler<br>Wichita, KS 67212 | | |

| 27.2. | Larson  & Company | | Supply |
|---|---|---|---|

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | Larson & Company<br>200 W. Douglas Ave<br>Suite 1000<br>Wichita, KS 67202 | | |

| 27.3. | Tracy & Erica | | Internal Inventory Conrol |
|---|---|---|---|

| | Name and address of the person who has possession of inventory records | | |
|---|---|---|---|
| | Tracy & Erica | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bruce R. Harris, Trustee | of the Bruce R. Harris Living Trust<br>1522 N. Rocky Creek Rd.<br>Wichita, KS 67230 | Partner | 98.64% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Devin Hansen | 15402 East Camden Chase Ct.<br>Wichita, KS 67228 | Partner | 1.36% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor     A-OK Enterprises, LLC                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Cheryl Gilliam**<br>**500 N. Longford Lane**<br>**Wichita, KS 67206**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.2 . | **Cary Nietfeld**<br>**1340 S. Greenwich**<br>**Wichita, KS 67207**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.3 . | **HL Reinsurance**<br>**PO BOX 12687**<br>**Wichita, KS 67277-2687**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.4 . | **Jay Schrock**<br>**401 S. Adams**<br>**Hutchinson, KS 67501**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.5 . | **Jeff Heiman**<br>**301 N. Rainbow Lake Rd.**<br>**Wichita, KS 67235**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.6 . | **John D. Porter Trust**<br>**100 N. Ohio St.**<br>**Mount Hope, KS 67108**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.7 . | **John Gilliam**<br>**500 N. Longford Lane**<br>**Wichita, KS 67206**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |
| 30.8 . | **Mila Nietfeld**<br>**1340 S. Greenwich Rd.**<br>**Wichita, KS 67207**<br><br>Relationship to debtor | Interest on loan payment | **Monthly** | **Loan** |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    A-OK Enterprises, LLC                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.9. | **Sunflower Travel**<br>**1223 N. Rock Rd Bldg G.**<br>**Suite 200**<br>**Wichita, KS 67206** | **Interest on loan payment** | **Monthly** | **Loan** |
| | **Relationship to debtor** | | | |
| 30.10. | **Bruce Harris**<br>**1522 N. Rocky Creek Rd.**<br>**Wichita, KS 67230** | | | **Wages** |
| | **Relationship to debtor** | | | |
| 30.11. | **Macaela Harris**<br>**1522 N. Rocky Creek Rd.**<br>**Wichita, KS 67230** | **Hourly wage** | | |
| | **Relationship to debtor**<br>**Spouse** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| **Other filing entities** | **EIN:** |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | **EIN:**    **A-Ok Enterprises, LLC and A-OK, Inc.** |

Debtor   **A-OK Enterprises, LLC**                              Case number *(if known)*

| Part 14: | Signature and Declaration |
| --- | --- |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  8, 2017**

_____      **Bruce R. Harris**
Signature of individual signing on behalf of the debtor     Printed name

Position or relationship to debtor   **President**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# United States Bankruptcy Court
## District of Kansas

In re   **A-OK Enterprises, LLC**         Case No. _____

                    Debtor(s)       Chapter    **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    ☑   **FLAT FEE**

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | UNKNOWN |
| Prior to the filing of this statement I have received | $ | $50,000.00 |
| Balance Due | $ | UNKNOWN |
| | | SEE ATTACHED |

    ☐   **RETAINER**

| | | |
|---|---|---|
| For legal services, I have agreed to accept and received a retainer of | $ | **0.00** |
| The undersigned shall bill against the retainer at an hourly rate of | $ | **350.00** |

[Or attach firm hourly rate schedule.] Debtor(s) have agreed to pay all Court approved fees and expenses exceeding the amount of the retainer.

2.   $ **1,717.00** of the filing fee has been paid.

3.   The source of the compensation paid to me was:

     ☑ Debtor     ☐ Other (specify):

4.   The source of compensation to be paid to me is:

     ☑ Debtor     ☐ Other (specify):

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.   [Other provisions as needed]
         **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
         **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding or contested matters.**

In re   **A-OK Enterprises, LLC**                                              Case No. _____
_____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____
*Date*

**Edward J. Nazar 09845**
*Signature of Attorney*
**Hinkle Law Firm LLC**
**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000   Fax: 316-264-1518**
*Name of law firm*

Attachment to Form 2030 Compensation Statement of Attorney for the Debtor

Collectively Hinkle Law Firm LLC was paid $50,000.00 retainer May 24, 2017 to be applied to the following:

A-OK Enterprises, LLC
A-OK 1, LLC
A-OK 2, LLC
A-OK 3, LLC
A-OK, Inc.

A-OK 1, LLC
1223 North. Rock Road
Building G, Suite 300
Wichita KS 67206


A-OK 2, LLC
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


A-OK 3, Inc.
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


A-OK, Inc.
1223 North Rock Road
Bldg 6. Suite 300
Wichita KS 67206


A-OK, Inc.
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


Armstrong Chamberlin
7450 S. Seneca
Haysville KS 67060


Benchmark Real Estate Group
7701 E. Kellogg Dr. #630
Wichita KS 67207


Bruce Harris
1522 N. Rocky Creek Rd.
Wichita KS 67230


Cary Nietfeld
1340 S. Greenwich
Wichita KS 67207


Cheryl Gilliam
500 N. Longford Lane
Wichita KS 67206

Eyeson
8546 NW93rd Street
Miami FL 33166


Furniture of America - Georgia
DSA Finance Corp
PO BOX 577520
Chicago IL 60657


Furniture of America Californi
19605 E. Walnut Dr.
Walnut CA 91789


Furniture of America New Jerse
530 Secaucus Rd.
Secaucus NJ 07094


Furniture of America Texas
Lyon Capital Corp
7924 West Sahara Ave
Las Vegas NV 89117


General Dynamics
PO Box 934753
Atlanta GA 31193


Harris1, L.L.C.
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


Harris3, L.L.C.
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


Harris4, LLC
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


Hevin, LLC
1223 North Rock Rd .
Building G, Suite 300
Wichita KS 67206

HL Reinsurance
PO BOX 12687
Wichita KS 67277-2687


James R. Angell
Kennedy Berkley Yarnevich
& Williamson, Chartered
119 West Iron, 7th Floor
Salina KS 67402-2567


Jay Schrock
401 S. Adams
Hutchinson KS 67501


Jeff Heiman
301 N. Rainbow Lake Rd.
Wichita KS 67235


John D. Porter Trust
100 N. Ohio St.
Mount Hope KS 67108


John Gilliam
500 N. Longford Lane
Wichita KS 67206


Lucke & Associates
1660 N. Tyler
Wichita KS 67212


Mila Nietfeld
1340 S. Greenwich Rd.
Wichita KS 67207


New Leaf Plaza, LLC
1600 N. Tyler
Wichita KS 67212


New Leaf Plaza, LLC
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206

```
Simmons Bank
12121 E 21st. North
Wichita KS 67206


Sunflower Travel
1223 North Rock Road
Building G, Suite 300
Wichita KS 67206


Sunflower Travel
1223 North Rock Road
Building G, Suite 200
Wichita KS 67206


TCF Inventory Finance, Inc.
112 SW 7th Street, Suite 3C
Topeka KS 66603
```

# United States Bankruptcy Court
## District of Kansas

In re    **A-OK Enterprises, LLC**                      Case No. _____

                                    Debtor(s)        Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **June 9, 2017** _____          **/s/ Bruce R. Harris** _____

                                                **Bruce R. Harris**/President
                                                Signer/Title

# United States Bankruptcy Court
## District of Kansas

In re    A-OK Enterprises, LLC

Debtor(s)

Case No. _____

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Bruce Harris**<br>**1522 N. Rocky Creek Rd.**<br>**Wichita, KS 67230** | | **98.64%** | |
| **Devin Hansen**<br>**15402 East Camden Chase Ct.**<br>**Wichita, KS 67228** | | **1.36%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **June  9, 2017**                          Signature    **/s/ Bruce R. Harris**

                                                                      **Bruce R. Harris**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## District of Kansas

In re   **A-OK Enterprises, LLC**

Debtor(s)

Case No. _____

Chapter   **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **A-OK Enterprises, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**June 9, 2017**

Date

**/s/ Edward J. Nazar**

**Edward J. Nazar 09845**

Signature of Attorney or Litigant

Counsel for   **A-OK Enterprises, LLC**

**Hinkle Law Firm LLC**

**1617 N. Waterfront Parkway, Suite 400**
**Wichita, KS 67206**
**316-267-2000 Fax:316-264-1518**